# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABILTO BERLIN SANTIAGO,<br><br>   Plaintiff,<br><br>   v.<br><br>THE HERTZ CORPORATION,<br><br>   Defendant. | Case No. 24-cv-01052-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Defendant The Hertz Corporation has filed a Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13, in which it states that this case is related to *Zebeena Maharaj v. The Hertz Corporation*, Case No. 3:23-cv-04726-JSC. No response has been received. Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Zebeena Maharaj v. The Hertz Corporation*, Case No. 3:23-cv-04726-JSC.

**IT IS SO ORDERED.**

Dated: March 11, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge