**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SETTLEMENT CONFERENCE MINUTES**

| **Date:** June 26, 2026 | **Time:** 9:04 AM - 2:37 PM (5 hours, 33 minutes) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 24-cv-01052-JSC | **Case Name:** Santiago v. The Hertz Corporation | |

| Plaintiff | Defendant |
|---|---|
| Lenden Webb, Lead Counsel for Plaintiff | Christopher Crosman, Lead Counsel for Defendant |
| Christian Clark, Co-Counsel for Plaintiff | Matthew Isaac, Co-Counsel for Defendant |
| Pabilto Berlin Santiago, Plaintiff | Leslie Simoneau, Assistant General Counsel for The Hertz Corporation |
| Morgan Edgar, Senior Paralegal | |
| Karla Roman, Paralegal | |

**Deputy Clerk:** Cindy C. Fan

**Court Reporter:** Not reported/recorded.

**PROCEEDINGS**

Settlement Conference held via Zoom.
The case did not settle.