Lenden F. Webb (SBN 236377)
Christian B. Clark (SBN 330380)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Email: LWebb@WebbLawGroup.com
Email: CClark@WebbLawGroup.com
Please Also Serve: Service@WebbLawGroup.com
Please Also Serve: AChilaca@WebbLawGroup.com
Please Also Serve: MEdgar@WebbLawGroup.com
Please Also Serve: Kroman@WebbLawGroup.com
Attorney for Plaintiff, PABLITO BERLIN SANTIAGO

Christopher A. Crosman (SBN 190336)
Matthew Isaac (SBN 328882)
Katherine R. Farr (SBN 355518)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: CCrosman@Seyfarth.com
Email: MIsaac@Seyfarth.com
Email: KFarr@Seyfarth.com

Attorneys for Defendant, THE HERTZ CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLITO BERLIN SANTIAGO, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No. 3:24-cv-01052-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed: January 18, 2024<br><br>Trial: March 1, 2027<br><br>*Before Hon. Jacqueline S. Corley* |

UPDATED JOINT CASE MANAGEMENT STATEMENT

The parties to the above-entitled action jointly submit this Updated Joint Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9 in advance of the Case Management Conference scheduled for July 8, 2026.

**1.    Jurisdiction & Service**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**2.    Facts**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**3.    Legal Issues**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**4.    Motions**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**5.    Amendment of Pleadings**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**6.    Evidence Preservation**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**7.    Disclosures**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**8.    Discovery**

No discovery has occurred in this matter while it has been effectively stayed pending the ruling on the motion for class certification in the related matter of *Maharaj v. The Hertz Corporation*; Case No. 3:23-cv-04726-JSC ("Maharaj Matter") (See Dkt. 62 in Maharaj Matter"). The Court has denied the motion for class certification. (Dkt. 84 in Maharaj Matter). Parties have considered entering a stipulated e-discovery order, and will abide by the Court's Case Management Schedule (Section I, Dkt. 59) and the Federal Rules of Civil Procedure as they conduct written and oral discovery. Parties will meet and confer to determine a date for the deposition of the Person Most Qualified at The Hertz Corporation and for Plaintiff Santiago.

**9.    Class Actions**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

UPDATED JOINT CASE MANAGEMENT STATEMENT

**10.    Related Cases**

Unchanged from the parties' Joint Case Management Conference Statement. *See* Dkt. No. 57.

**11.    Relief**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**12.    Settlement and ADR**

In compliance with ADR L.R. 3-5 the parties participated in Mediation held on January 9, 2025 with mediator Teresa V. Carey. The case did not settle. The parties also participated in a settlement conference with the Honorable Magistrate Judge Kandis A. Westmore. The case did not settle.

**13.    Other References**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**14.    Narrowing of Issues**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**15.    Expedited Trial Procedure**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**16.    Scheduling**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 57.

**17.    Trial**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 57.

**18.    Disclosure of Non-party Interested Entities or Persons**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**19.    Professional Conduct**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

**20.    Other**

Unchanged from the parties' Joint Case Management Conference Statement. See Dkt. No. 28.

Dated: July 1, 2026                           **WEBB LAW GROUP, APC**


By:     _/s/Lenden F. Webb_____
          Lenden F. Webb
          Attorney for Plaintiff
          Pablito Berlin Santiago


Dated: July 1, 2026                           **SEYFARTH SHAW LLP**


By: _/s/Christopher A. Crosman_____
          Christopher A. Crosman
          Matthew Isaac
          Katherine R. Farr
          Attorneys for Defendant
          The Hertz Corporation

UPDATED JOINT CASE MANAGEMENT STATEMENT

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Matthew Isaac, attest that concurrence in the filing of this document has been obtained.


Dated:  July 1, 2026                                    */s/ Matthew Isaac*

UPDATED JOINT CASE MANAGEMENT STATEMENT